***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

Argued and submitted June 28, affirmed October 4, 2023

Morton ROBBINS,
*Plaintiff-Appellant,*

*v.*

Darrin ZELLER,
*Defendant-Respondent.*

Coos County Circuit Court
21CV46504; A179551 (Control)

Morton ROBBINS,
*Plaintiff-Appellant,*

*v.*

Ronald L. RICE,
*Defendant,*

*and*

OREGON DEPARTMENT OF TRANSPORTATION,
*Defendant-Respondent.*

Coos County Circuit Court
21CV03887; A176537

Martin E. Stone, Judge.

Andrew E. Combs, Judge.

Derek Snelling argued the cause for appellant. Also on the briefs was Shlesinger & Devilleneuve.

Robert M. Wilsey, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Egan, Presiding Judge, and Lagesen, Chief Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *Crandall v. State of Oregon*, 328 Or App 452, 538 P3d 452 (2023).